# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:13-CV-00123-FDW-DCK

| | |
|---|---|
| DANIEL JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| MCLANE FOOD SERVICE, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon Defendant McLane Foodservice, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint. (Doc. No. 23). In its Motion, Defendant moves that the Court dismiss Plaintiff Daniel Johnson's Amended Complaint, (Doc. No. 22) under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Upon review by the Court, Defendant's Motion is DENIED WITHOUT PREJUDICE. Defendant is free to raise the issues set forth in the Motion again at summary judgment.

IT IS SO ORDERED.

Signed: September 9, 2013

Frank D. Whitney
Chief United States District Judge